JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KOWALL VENTURES, LLC, an Arizona limited liability company; WT Ventures, LLC, an Arizona limited liability company<br><br>Plaintiff,<br><br>v.<br><br>VINCENT MEHDIZADEH aka VINCENT ZADEH, an individual; JAIME ORTEGA, an individual; and PINEAPPLE VENTURES, INC., a California corporation;<br><br>Defendants. | CASE NO.: CV 20-3012 FMO (JEMx)<br><br>[Assigned to District Judge Fernando M. Olguin]<br><br>ORDER ON STIPULATION FOR DISMISSAL [51] |

-1-
ORDER ON STIPULATION FOR DISMISSAL

## ON STIPULATION OF THE PARTIES IT IS HEREBY ORDERED THAT:

1. All claims brought by Plaintiffs Kowall Ventures, LLC and WT Ventures, LLC, (collectively "Plaintiffs") against Defendants Vincent Mehdizadeh aka Vincent Zadeh, Jaime Ortega, and Pineapple Ventures, Inc. (collectively "Defendants") in the above-captioned action (the "present action") are hereby dismissed without prejudice;

2. Each party shall bear his or its respective costs and fees associated with the present action; and

3. The court will not retain jurisdiction to enforce the settlement agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).

**IT IS SO ORDERED**

Dated this 16th day of July, 2021.

/s/
Honorable Fernando M. Olguin
United States District Court Judge