JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KOWALL VENTURES, LLC, an Arizona limited liability company; WT Ventures, LLC, an Arizona limited liability company<br><br>Plaintiff,<br><br>v.<br><br>VINCENT MEHDIZADEH aka VINCENT ZADEH, an individual; JAIME ORTEGA, an individual; and PINEAPPLE VENTURES, INC., a California corporation;<br><br>Defendants. | CASE NO.: CV 20-3012 FMO (JEMx)<br><br>[Assigned to District Judge Fernando M. Olguin]<br><br>JUDGMENT |

-1-
JUDGMENT

**JUDGMENT PURSUANT TO STIPULATION**

On stipulation of the parties, Final Judgment shall be entered in this matter in favor of Plaintiffs Kowall Ventures, LLC and WT Ventures, LLC and against Defendants Vincent Mehdizadeh aka Vincent Zadeh, Jaime Ortega, and Pineapple Ventures, Inc.

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to this Final Judgment, Kowall Ventures, LLC shall recover from Defendants Vincent Mehdizadeh aka Vincent Zadeh, Jaime Ortega, and Pineapple Ventures, Inc. the principal sum of Nineteen Thousand Dollars ($19,000.00), with interest interest in the amount of Two Thousand Eight Hundred Fifty Dollars ($2,850.00), attorneys' fees in the amount of Twelve Thousand Dollars and Zero Cents ($12,000.00), and costs in the amount of Five Hundred Ninety-Four Dollars and Twenty-Five Cents ($594.25).

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to this Final Judgment, WT Ventures, LLC shall recover from Defendants Vincent Mehdizadeh aka Vincent Zadeh, Jaime Ortega, and Pineapple Ventures, Inc. the principal sum of Two Hundred Seventy-Five Thousand Dollars ($275,000.00), with interest in the amount of Forty-One Thousand Two Hundred Fifty Dollars ($41,250.00), and attorneys' fees in the amount of Three Thousand Dollars and Zero Cents ($3,000.00).

Plaintiffs shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the

1   Clerk is ordered to enter this Final Judgment forthwith.

4   Dated: January 4, 2023                              /s/
                                              Honorable Fernando M. Olguin
                                              United States District Court Judge